**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REHOBOTH PETROLEUM, INC.,**<br>    **Plaintiff,**<br>  v.<br>**PETROLEUM MARKETING GROUP, INC.,** *et al.*,<br>    **Defendants.** | **CIVIL ACTION NO. 25-3746** |

## ORDER

**AND NOW,** this 6th day of October 2025, upon consideration of Plaintiff's Motion for a Preliminary Injunction [Doc. No. 2] to enjoin the termination of its Commission Agent Agreement with Defendants, and after a hearing on the Motion before this Court on September 23, 2025, it is hereby **ORDERED** that:

1. The Motion is **DENIED** as it relates to the termination of the Commission Agent Agreement between Plaintiff and Defendants.

2. A preliminary injunction is **GRANTED** prohibiting Defendants from evicting or otherwise causing Plaintiff to vacate the premises of the Circle K Market convenience store, for which Rehoboth will continue paying rental fees to PMG, as well as maintenance fees and utilities fees.

3. Plaintiff is **GRANTED** leave to file an Amended Complaint within thirty days from the date of this Order.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**